UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY DAVIS,<br><br>Defendant. | Case No. 4:10-CR-211-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion to Continue Trial (Dkt. 11). Defendant explains that he recently received extensive discovery from the Government, and that this case involves complex matters going back over a decade. The case involves charges under the Lacey Act, as well as fraud and conspiracy charges. Defendant therefore states that defense counsel needs more time to effectively prepare for trial. Defendant requests an additional six months. The Government does not oppose the motion.

Under all these circumstances, the Court finds that a continuance is needed to give defense counsel an opportunity to provide an effective defense. Thus, a continuance is

warranted under 18 U.S.C. § 3161(h)(7)(B)(iv), which authorizes a finding of excludable time when the refusal to grant a continuance would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation . . . ." Under these circumstances, the interests of justice in allowing the defense time for effective preparation outweighs the defendant's and the public's interest in a speedy trial under 18 U.S.C. § 3161(h)(7)(A).

The statements of defense counsel establish that the trial should be reset on May 9, 2011 at 1:30 p.m. at the United States Courthouse in Pocatello, Idaho. However, given this lengthy continuance, the Court notes that it will not grant any future continuances. The Court finds that the period of time between the present trial date and the new trial date is excludable time under the Speedy Trial Act. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Motion to Continue Trial (Dkt. 11) shall be, and the same is hereby GRANTED, and that the present trial date be VACATED, and that a new trial be set for **May 9, 2011 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B).

IT IS FURTHER ORDERED that the current trial readiness conference be VACATED, and that a new trial readiness conference be conducted by telephone on **April 28, 2011 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with

opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **April 1, 2011**.

DATED: **October 22, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge