Eileen J. McGovern (Idaho State Bar # 7505)
EchoHawk Law Offices
505 Pershing, Suite 100
P.O. Box 6119
Pocatello, Idaho 83205-6119
Telephone: (208) 478-1624
Facsimile: (208) 478-1670
eileen@echohawk.com

*Attorney for Defendant Sidney Davis*

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SIDNEY DAVIS,<br><br>Defendant. | Case No. CR-10-211-S-BLW<br><br>**NOTICE OF ADVICE OF COUNSEL DEFENSE OF DEFENDANT SIDNEY DAVIS** |

COMES NOW Defendant Sidney Davis, by and through counsel Eileen J. McGovern, and provides the following information in response to the Government's demand for notice of alibi defense.

Defendant Sidney Davis hereby notifies the Government that, as to Count Thirteen, Count Fourteen and Count Fifteen of the Superseding Indictment, he asserts an advice of counsel defense in this case. Specifically, Defendant asserts he lacked any unlawful intent as to the above-referenced counts and acted in good faith in all relevant respects pursuant to advice received by his attorney in that matter, Criss James. Defendant asserts he made full disclosure of all material facts to Mr. James at the time Mr. James represented Defendant in bankruptcy

proceedings; that Defendant received Mr. James' advice as to the specific course of conduct that was followed during the course of the relevant bankruptcy proceedings; and that Defendant reasonably relied on that advice in good faith.

DATED: This /ST day of March, 2011.

_____
Eileen J. McGovern

## CERTIFICATE OF SERVICE

I hereby certify that on this /ST day of March, 2011, I caused to be served a true and correct copy of the foregoing by the method indicated below, and addressed to the following:

| | |
|---|---|
| United States Attorney<br>Michael J. Fica, Assistant<br>District of Idaho<br>801 E. Sherman #192<br>Pocatello, ID  83201 | ☐ U.S. Mail<br>☐ Hand Delivered<br>☐ Overnight Mail<br>☐ Telecopy (Fax)<br>☒ Federal ECF |

_____
for ECHOHAWK LAW OFFICES

H:\WDOX\CLIENTS\1019\0001\00039782.DOC

NOTICE OF ADVISE OF COUNSEL DEFENSE OF DEFENDANT SIDNEY DAVIS - 2